IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMERICAN TRACK SYSTEMS | ) | Case No. 99-00169 (MFW) |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION FOR ORDER AUTHORIZING
TRANSMITTAL OF UNCLAIMED FUNDS
PURSUANT TO SECTION 347(a) OF THE BANKRUPTCY CODE**

Robert H. Slone, the Chapter 7 Trustee of American Track Systems, Inc. (the "Trustee"), hereby moves for authority to transmit to the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") a Trustee's check in the sum of $16,499.90 for deposit in the Registry of the Bankruptcy Court pursuant to section 347(a) of the title 11 of the United States Code (the "Bankruptcy Code") and rule 3011 of the Federal Rules of Bankruptcy Procedure representing an unclaimed or uncashed dividend check and an Internal Revenue Service ("IRS") refund check, as follows:

a) Check No. 136 was issued to Richard J. Courtot, 219 North 5th Ave., Juniata, Altoona, PA 16601 in the amount of $2,096.10. Check No. 136 was returned to the Trustee as undeliverable. The Trustee attempted to find another address for payee but was unsuccessful. Check No. 136 was voided on August 8, 2007.

b) The IRS, Department of the Treasury, 409 Silverside Road, Wilmington, DE 19809, was paid the amount of $20,266.31 in the final distribution of this case. On or about July 16, 2007, the Trustee received a (refund) check from the IRS in the amount of $14,362.78. The Trustee deposited the IRS refund into a money market account (the "MMA") until the funds could be deposited with the court.

The Trustee seeks to have deposited with the court a Trustee's check for unclaimed funds in the total amount of $16,499.90, which represents the total amount of

both claims as listed above, plus additional interest from funds in the MMA, less $14.99 for the trustee bond paid on February 26, 2008.

WHEREFORE, the Trustee respectfully requests an order directing the Clerk of the Court to accept the unclaimed funds for deposit in the Court Registry.

Dated: April 23, 2008

**BAYARD, P.A.**

_____
Charlene D. Davis (No. 2336)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

*Counsel for Robert H. Slone, Chapter 7*
*Trustee of American Track Systems, Inc.*

{00829137;v1}