COURTROOM NUMBER: 4

# CHAPTER 7 SIGN-IN SHEET

DATE: 5/25/11 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING | CASE NAME |
|---|---|---|---|
| Kate Buck | McCarter & English | Stanziale, Chp. 7 Trustee | MMMA |
| Peter C. Hughes | Dilworth Paxson LLP | George L. Miller, Trustee | Trueblen, TAG |
| Charles Stanziale (telephone) | McCarter & English | Ch. 7 Trustee | Memm |